UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor,<br>United States Department of Labor,<br><br>    Plaintiff,<br><br>v.<br><br>CENTRAL SCALE COMPANY,<br>MATTHEW GEISSER and ROBERT GEISSER,<br><br>    Defendants | Civil Action<br>No. 00-525-T |

ORDER TO SHOW CAUSE
AS TO WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT

Upon consideration of the attached Motion of the Secretary of Labor seeking issuance of an Order requiring Central Scale Company, Matthew Geisser and Robert Geisser to show cause why they should not be adjudged in civil contempt for failing and refusing to carry out the requirements of this Court's Consent Judgment and Order, dated May 2, 2002,

IT IS HEREBY ORDERED, that Defendants appear before this court, United States District Court, District of Rhode Island, One Exchange Terrace, Providence Rhode Island 02903, Courtroom _2_ at _11:00_ a. m., on _June 3rd_, 2009, to show cause, if any there be, why the prayers of the Motion should not be granted; and it is further

ORDERED, that Defendants file their answers to the Motion _20_ days prior to the hearing; and it is further

ORDERED, that Plaintiff file her response _10_ days prior to the hearing; and it is further

ORDERED, that a copy of this order, together with a copy of the Motion, be served forthwith upon the Defendants.

Done and ordered on _4/10_____, 2009

_____
UNITED STATES DISTRICT JUDGE